FILED
Scott L. Poff, Clerk
United States District Court
By staylor at 12:20 pm, Jul 24, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ABDUL BISMILLAH,

    Plaintiff,

v.

AQUATIC VEGETATION CONTROL, INC.,

    Defendant.

CIVIL ACTION NO.: 2:18-cv-86

**O R D E R**

Plaintiff and Defendant each filed a motion in limine. Docs. 25, 26. In addition, the parties appeared before the Court for their pretrial conference on July 23, 2019. During this conference, the parties tendered their objections to their opponent's proposed trial exhibits. Docs. 30, 31. However, the parties did not attach to their objections the objected-to materials.

The Court **ORDERS** the parties to appear before the Court for a hearing on these matters on Tuesday, August 6, 2019 at 11:00 a.m. in Courtroom 1 in the Brunswick Courthouse. The Court also **ORDERS** each party to submit to the Court prior to this hearing all objected-to materials described in each party's objections to their opponent's proposed trial exhibits. The parties' failure to abide by this directive shall result in the summary overruling of any lodged objection.

**SO ORDERED**, this 24th day of July, 2019.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA